IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE WILSON, JR.,

    Plaintiff,                    No. CIV S-08-106 GEB KJM PS

    vs.

KAISER PERMANENTE HOSPITALS,

    Defendant.                FINDINGS AND RECOMMENDATIONS

                                      /

          A status conference was held in this matter on February 27, 2008 before the undersigned. Plaintiff did not appear. Kari Levine appeared for defendant. Upon consideration of the file in this action, discussion of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

          This action, alleging discrimination in employment based on race, was filed in the Northern District of California in January 2006. The case was transferred to the Eastern District of California on January 15, 2008. While the case was pending in the Northern District of California, plaintiff filed a request for dismissal of the action, dated October 29, 2007. (E.D. Cal. docket no. 1, p. 10.)

          On February 22, 2008, defendant filed a motion to dismiss based on res judicata. Under the doctrine of res judicata, "'[a] final judgment on the merits bars a subsequent action

1

1  between the same parties or their privies over the same cause of action.'" <u>Fund for Animals, Inc.
2  v. Lujan</u>, 962 F.2d 1391, 1398 (9th Cir. 1992) (quoting <u>Davis & Cox v. Summa Corp.</u>, 751 F.2d
3  1507, 1518 (9th Cir. 1985)).  Plaintiff, through counsel, filed a state court action alleging the
4  same causes of action as are pled in the federal action.  The state court action has proceeded to
5  final judgment with a request for dismissal with prejudice filed by plaintiff's counsel.  The
6  pending federal action therefore is barred by res judicata.

7  Plaintiff again filed a request for dismissal on February 25, 2008.  Although the
8  request for dismissal references the Workers' Compensation Appeals Board, plaintiff did file the
9  request for dismissal in the federal action pending in this district.

10  In light of plaintiff's requests for dismissal and the bar of res judicata, this action
11  should be dismissed.

12  Accordingly, IT IS HEREBY ORDERED that the hearing date of March 26, 2008
13  on defendant's motion to dismiss is vacated; and

14  IT IS HEREBY RECOMMENDED that this action be dismissed.

15  These findings and recommendations are submitted to the United States District
16  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten
17  days after being served with these findings and recommendations, any party may file written
18  objections with the court and serve a copy on all parties.  Such a document should be captioned
19  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
20  shall be served and filed within ten days after service of the objections.  The parties are advised
21  that failure to file objections within the specified time may waive the right to appeal the District
22  Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
23  DATED:  February 27, 2008.

U.S. MAGISTRATE JUDGE

006
wilson-kaiser.oas