IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMIE WILSON, JR. | ) | |
| | ) | |
|        Plaintiff, | ) | 2:08-cv-00106-GEB-KJM |
| | ) | |
|   v. | ) | <u>ORDER</u> |
| | ) | |
| KAISER PERMANENTE HOSPITALS | ) | |
| | ) | |
|        Defendant. | ) | |

Plaintiff has filed several documents for the purpose of reopening this closed case. However, since Plaintiff has not provided sufficient reason to reopen this case, the case remains closed.

Dated: January 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1